■ JOANN F. HUTHER, Formerly Known as JOANN F. CHOUINARD, Appellant, v KATHRYN SICKLER et al., Respondents. (Ap-

peal No. 2.) [801 NYS2d 198]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered March 11, 2004. The order, among other things, denied plaintiff's motion to set aside part of the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Scudder, Kehoe, Smith and Lawton, JJ.